**Sheila LEWIS, Appellant,**

v.

**GRAPHIC PACKAGING INTERNATIONAL, INC., Appellee.**

**No. 11–1518.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 12, 2011.

Filed: Oct. 13, 2011.

Robert Alston Newcomb, Little Rock, AR, for Appellant.

Richard A. Roderick, Joseph "Jess" E. Sweere, Cross & Gunter, Little Rock, AR, for Appellee.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Sheila Lewis appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. We deny her motion to supplement the appendix with evidence that was never submitted to the district court. *See Allen v. U.S. Air Force,* 603 F.3d 423, 433–34 (8th Cir.), *cert. denied,* — U.S. ——, 131 S.Ct. 830, 178 L.Ed.2d 565 (2010). After careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.